UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANDRE C. DELVITT,

                             Plaintiff,

-against-

                             **ORDER**

NEW YORK CITY TRANSIT AUTHORITY,

                           09-CV-3417 (SLT) (JMA)
                           3147 SLT

                            Defendant.
-----------------------------------------------------------X

A P P E A R A N C E S:

Andre C. Delvitt
336 Hawthorne Street
Brooklyn, NY 11225
    *Plaintiff pro se*

Kristen M. Nolan
130 Livingston Street
Room 1213
Brooklyn, NY 11201
    *Attorneys for Defendant*

**AZRACK, United States Magistrate Judge:**

    An Initial Conference will be held in Courtroom 6E, 225 Cadman Plaza East, before Magistrate Judge Azrack on **February 11, 2010 at 12:00 PM**. All parties must be present. Requests for adjournment must be made by letter motion submitted to the Court at least forty-eight (48) hours before the scheduled conference and must indicate which parties consent to the adjournment. The Clerk of the Court is directed to file this Order electronically on ECF and to mail a hard copy of the Order to the plaintiff. No hard copy will be mailed to the defendant.

    SO ORDERED.

Dated: January 11, 2010
       Brooklyn, New York

                                              JOAN M. AZRACK
                                              UNITED STATES MAGISTRATE JUDGE

FILED Docket & File
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 19 2010
P.M.
TIME A.M.